**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joan Lagomarsino             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 17-14341 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                       Respectfully submitted,

/s/ *Rebecca Solarz*

Rebecca Solarz
11 Nov 2020, 14:19:29, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322