United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14341-mdc |
| Joan Lagomarsino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 19, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joan Lagomarsino, 33 Geranium Road, Levittown, PA 19057-3315 |
| 13939407 | + | Hamilton Law Group, Po Box 90301, Allentown, PA 18109-0301 |
| 13948066 | | John Eric Kishbaugh, Esquire, UDREN LAW OFFICES, P.C., Atty for PNC Bank, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200 Cherry Hill, NJ 08003-3620 |
| 13955419 | | Nova Anesthesia Professionals, c/o Hamilton Law Group, P.O. Box 90301, Allentown, PA 18109-0301 |
| 13973996 | + | William E. Craig, Esquire, Morton & Craig, LLC, Atty for Wells Fargo Bank, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3124 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2022 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13939399 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 00:21:26 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13993856 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 00:21:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14005717 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 00:09:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 13939401 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2022 00:21:24 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 13939402 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 00:09:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 13939403 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 00:09:00 | Comenity Bank/Lane Bryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13939404 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 00:09:00 | Comenity Capital Bank/HSN, Po Box 182125, Columbus, OH 43218-2125 |
| 13939405 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2022 00:21:27 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 13939406 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 20 2022 00:09:00 | Fingerhut, 6250 Ridgewood Rd, St Cloud, MN 56303-0820 |
| 13939400 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 20 2022 00:21:26 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 13939408 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 20 2022 00:09:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: 138OBJ | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Milwaukee, WI 53201-3043 |
| 13988880 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 00:21:19 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14000268 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2022 00:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13939409 | + | Email/Text: bankruptcy@sccompanies.com | Oct 20 2022 00:09:00 | Midnight Velvet, 1112 7th Ave., Monroe, WI 53566-1364 |
| 13958439 | | Email/PDF: cbp@onemainfinancial.com | Oct 20 2022 00:21:23 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 13939410 | + | Email/PDF: cbp@onemainfinancial.com | Oct 20 2022 00:21:19 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 13950783 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 00:09:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13939411 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 20 2022 00:09:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14560263 | ^ | MEBN | Oct 20 2022 00:06:05 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13988356 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2022 00:21:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13939566 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2022 00:21:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13972989 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 00:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13974173 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 00:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13939621 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 00:21:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13939412 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 00:21:26 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13939413 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 00:21:19 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13939414 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 00:21:23 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13974116 | | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2022 00:21:18 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13946290 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2022 00:21:18 | Wells Fargo Bank N.A., dba Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 13957629 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2022 00:21:18 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 13939415 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 20 2022 00:21:23 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason   Name and Address**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 19, 2022 | Form ID: 138OBJ | Total Noticed: 38

13939416    *+    Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Joan Lagomarsino brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joan Lagomarsino

        Debtor(s)                                            Case No: 17−14341−mdc

                                                                                 Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                    Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/19/22

 

43 − 39
Form 138OBJ